# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

|  |  |  |
|---|---|---|
| GLENDA MANCIA, *et al ,* | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Civil Action No. 1:08-CV-00273-CCB |
| | * | |
| v. | * | |
| | * | |
| MAYFLOWER TEXTILE | * | |
| SERVICES, INC., *et al.,* | * | |
| | * | |

## STIPULATION

1.      The parties stipulate that Defendants Mukul M. Mehta, Mayflower Healthcare Textile Services, LLC and Lunil Services Agency, LLC's Answers to Plaintiffs' Interrogatories, Responses to Plaintiffs' Requests for Production of Documents, and objections thereto, which were due May 27, 2008, are now due June 9, 2008.

2.      The parties stipulate that the deposition of the corporate designee(s) of Mayflower Healthcare Textile Services, LLC, Mayflower Textile Services Co., Mayflower Healthcare Services, LLC, Mayflower Uniforms and Medical Supplies, LLC, and Lunil Services Agency, LLC will commence on July 10, 2008.

_____/s/_____
Daniel A. Katz, Fed. Bar No. 13026
Andalman & Flynn, P.C.
8601 Georgia Avenue, Suite 604
Silver Spring, Maryland 20910
(301) 563-6685

_____/s/_____
C. Christopher Brown, Fed Bar No. 01043
Teresa Elguezabal, Fed. Bar No. 27225
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

*Counsel for Plaintiffs*

_____/s/_____
Scott V. Kamins, Fed. Bar No. 22591
Offit Kurman, P.A.
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
(301) 575-0300
*Counsel for Defendants Mukul Mehta,
Mayflower Healthcare Textile Services, LLC,
Mayflower Textile Services Co., Mayflower
Healthcare Services, LLC, Mayflower Uniforms
and Medical Supplies, LLC, and Lunil Services
Agency*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 27th day of May, 2008, a copy of **Stipulation** was mailed to the following address, electronically, via the Court's electronic filing system to

Neil Hyman, Esq.
Selzer Gurvitch Rabin & Obecny, Chtd.
4416 East West Highway, 4th Floor
Bethesda, Maryland 20814-4568
*Counsel for Argo Enterprises, Inc.*

_____/s/_____
Eric Pelletier