## Pelletier, Eric

**From:** Pelletier, Eric
**Sent:** Wednesday, January 07, 2009 11:18 AM
**To:** 'Danny Katz'; 'C. Christopher Brown'
**Cc:** Kamins, Scott; 'Jane R. Flanagan'; 'Neil Hyman'; 'Andrew T. Nichols'
**Subject:** Plaintiff's Discovery Responses

Danny – Looking back at Plaintiff's responses to the discovery requests that were served May 12th, it appears that I have not received answers to interrogatories from Sandra Suazo and Obdulia Martinez. I only have answers from Henri Sosa, Alfredo Agguire, Glenda Mancia and Marsi Reyes. Am I mistaken about this? If not, please let me know when I can expect the answers? Thanks.

Eric Pelletier

**Offit | Kurman**
Attorneys At Law
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland 20759
Direct Howard Co.:        301.575.0339
Direct Montgomery Co.:  240.499.3039
Direct Baltimore:            443.738.1539
Facsimile:                      301.575.0335
epelletier@offitkurman.com



DEFENDANT'S EXHIBIT A

3/10/2009