F:\WDocs\CLIENTS\MANCIA.GLE\Documents produced by Argo

Documents produced on June 13, 2008

1-4      SDAT recording information

5-6      Articles of Incorporation – "Argo Enterprises, Inc."

7-9      "Labor Services Agreement" between "Argo Management Group,Inc." and Mayflower.

10-23    Bi-weekly payroll Summary: 4/20/08 back to 12/17/08

24       Sandra Suazo: transactions report: 1/3/08 to 2/1/08

25       Ada Sosa: transactions 1/3 and 1/17/08

26-33    Alfredo Aguirre documents: application for employment; I-9; W4; MW 507; photopcies of SS care and LPR card

34       Aguirre: transactions 1/3 and 1/17/98

35-40    Maria Reyes: solcitud de empleo(employment application); Acuerdo con El empleado (Agreement with the employee); SS card;

41       Maria Reyes transaction 1/3 to 2/15/08

42-49    Henri Sosa: Solicitud de Empleo(employment application); Acuerdo con El empleado (Agreement with the employee); SS card.

50       Sosa transactions: 1/3 to 2/29/08

51-63    Obdulia Martinez: Application for employment; Acuerdo con el Empleado; social security card; lpr card; I-9; W4; MW 507;

64       Martinez, transaction 1/3 to 2/1/08

65-72    Etelina Castro Calix: application for employment; I-9; W4; MW 507; LPR and social security card.

73       Maritza Guevara transactions 1/3 to 2/1/08

74-81    Miguel Mendoza: Solicitud de Empleo; I-9; Acuerdo con el Empleado: social security card and LPR card;

82       Miguel Mendoza transaction 1/3/08 to 3/28/08

| | |
|---|---|
| 83-89 | Nuvia Gonzalez: Solicitud de empleo; I-9; Acuerdo con el empleado; |
| 90 | Nuvia Gonzalez, transactions 1/3/08 to 5/23/08 |
| 91 | Argo Management Group check to A Sosa 1/3/08 |
| 92 | Argo Management Group check to S Suzao 1/3/08 |
| 93 | Argo Management Group check to M Guevara 1/3/08 |
| 94 | Argo Management Group check to Miguel Mendoza 1/3/08 |
| 95 | Argo Management Group check to Alfredo Aguirre 1/3/08 |
| 96 | Argo Management Group check to Maria Reyes 1/3/08 |
| 97 | Argo Management Group check to Henri Sosa 1/3/08 |
| 98 | Argo Management Group check to Nuvia Gonzalez 1/3/08 |

Documents produced on June 24, 2008

| | |
|---|---|
| 99-111 | Argo Mangement Group invoices to Mayflower 12/17/07 to 6/15/08 |
| 112-122 | Argo Management Group "bi-weekly payroll summary report" listing only plaintiffs. |

Documents produced on August 14, 2008

| | |
|---|---|
| 123-124 | Title certificate for van in name Argo Management Group |
| 125-133 | Invoices from Argo Enterprises, Inc. To Argo Management Group, 1/1/08 to 4/23/08 |
| 134-141 | Bi-weekly payroll summary report for 12/17/07 to 2/10/08. |

Documents produced on September 24, 2008

| | |
|---|---|
| 142-143 | Agreement between Argo Enterprises Inc. and Argo Management |

Documents produced on October 23, 2008

| | |
|---|---|
| 144-164 | Argo Management Group Bill to Mayflower Textile Services 1/3/08 to 10/9/08. |
| 165-172 | Argo Enterprises, Inc. Payroll Transaction Detail – May through 10/08 |

2

        for Nuvia Gonzalez

Document Produced November 3, 2008

173-175   Md. Unemployment Insurance Quarterly Contribution Report, 2nd quarter 2008

176-178   Employer's Quarterly Federal Tax Return 941 for 2nd quarter 2008.

Documents produced November 5, 2008

179-180   Argo Enterprises, Inc. Employer Quarterly Federal Tax Return 941 for 3rd quarter 2008

Document produced March 12, 2009

181  Martiza Guevara, Argo Bi-weekly payroll summary report for 1/14/08-1/27/8

182 Argo Bi-weekly payroll summary report for 12/31/08 – 1/13/09
    Ada Sosa
    Joe Carias
    Nuvia Gonzalez
    Henry Sosa
    Maritza Guevara

183 Ada Sosa, Argo Management Group, Quick Vendor Report 1/4/08

184 Henry Sosa, Argo Management Group, Quick Vendor Report 1/4/08

185 Joel Carias, Argo Management Group, Quick Vendor Report 1/4/08

186 Maritza Guevara,  Argo Management Group, Quick Vendor Report 1/4/08 - 2/2/08

187 Mirta Avalos, Argo Management Group, Quick Vendor Report 1/18/08 – 5/8/08

188 Nuvia Gonzalez, Argo Management Group, Quick Vendor Report 1/4/08

189 Check Summaries for    Henri Sosa 1/3/08
                                    Maritza Guevara 1/3/08, 1/18/08
                                    Ada Sosa 1/3/08
                                    Nuvia Gonzalez 1/3/08
                                    Mirta Avalos 1/18/08 – 5/8/08
                                    Wilfredo Reyes 4/11/08

190 Check Summaries for    Henri Sosa 1/3/08
                                    Maritza Guevara 1/3/08 – 1/18/08

        Ada Sosa 1/3/08
        Nuvia Gonzalez 1/3/08
        Mirta Avalos 1/18/08 – 5/8/08
        Wildredo Reyes 4/11/08

191  Mirta Avalos, Argo Bi-weekly payroll summary report for May 4, 2008

192  Wilfredo Reyes, Argo Management Group, Quick Vendor Report 4/11/08

193-194 Mirta Avalos, Argo Management Group Employment Agreement

195 Mirta Avalos, Social Security and Resident Cards

196 Mirta Avalos, I-9 Employment Eligibility Verification

Documents produced March 17, 2009

197-198 Argo Transaction Sheet
        Abdulia Martinez
        Ada Sosa
        Alfredo Aguirre
        Esmeralda Hernandez
        Henry Sosa
        Joel Carias
        Maria Reyes
        Mirta Avalos
        Nuvia Gonzalez
        Sandra Suazo
        Sintia Mendez
        Thaddeus Norris
        Wilfredo Reyes

199 Argo Transaction Sheet
        Joel Carias
        Mirta Avalos
        Nuvia Gonzalez
        Sintia Mendez

200 Argo Transaction Sheet
        Ada Sosa
        Alfredo Aguirre
        Henry Sosa
        Joel Carias
        Maritza Guevara
        Mirta Avalos
        Nuvia Gonzalez

    Sandra Suazo
    Wilfredo Reyes

201 Argo Bi Weekly Payroll Summary Period ending May 4, 2008
    Carias
    Tabora
    Gonzalez

202 Argo Bi Weekly Payroll Summary Period ending April 20, 2008
    Carias
    Tabora
    Gonzalez

203 Argo Bi Weekly Payroll Summary Period ending April 6, 2008
    Carias
    Tabora
    Gonzalez
    Numez

204 Argo Bi Weekly Payroll Summary Period ending March 23, 2008
    Carias
    Tabora
    Gonzalez
    Numez

205 Argo Bi Weekly Payroll Summary Period ending March 9, 2008
    Carias
    Tabora
    Gonzalez
    Numez

206 Argo Bi Weekly Payroll Summary Period ending February 24, 2008
    Carias
    Tabora
    Gonzalez
    Sosa
    Numez

207 Argo Bi Weekly Payroll Summary Period ending February 10, 2008
    Carias
    Tabora
    Gonzalez
    Sosa
    Reyes
    Numez

208 Argo Bi Weekly Payroll Summary Period ending January 27, 2008
    Norris
    Carias
    Suazo
    Tabora
    Gonzalez
    Sosa
    Reyes
    Guevara
    Numbez
    Martinez
    Avalos

209 Argo Bi Weekly Payroll Summary Period ending January 13, 2009
    Norris
    Sosa
    Carias
    Suazo
    Tabora
    Gonzalez
    Sosa
    Reyes
    Aguirre
    Guevara
    Numez
    Martines
    Avalos

210 Argo Bi Weekly Payroll Summary Period ending December 30, 2007
    Sosa
    Carias
    Suazo
    Tabora
    Gonzalez
    Sosa
    Reyes
    Aguirre
    Guevara
    Numez
    Martinez

211-218  Argo Enterprises 2007 Tax Corporate Tax Returns

219-228  Argo Management Group 2007 Tax Corporate Tax Returns

229-231  Valentin Abaryan, Argo Mgmt Group Labor Services Agreement 1/2/08

232-242  Esmeralda Hernandez  (E. Tabora), Work Application & Supporting Documents

243-248   Thaddeus Norris, Work Application & Supporting Documents

249- 253   Joel Carias, Work Application & Supporting Documents

254-257   Mirta Avalos, Work Application & Supporting Documents

258   Wilfredo Nunez, 2006 W-4

259   Wilfredo Nunez, Alien Card and SS Card

260-263   Nuvia Gonzalez, Work Application & Supporting Documents

264-312   Argo Management Group Paid Invoice to MHTS, 3/13/09 to 1/3/08

Documents Produced March 18, 2009

313-382   Argo Bi Weekly Payroll Summary Report" from 12/30/07 to 12/20/08 (missing 5/8-5/18/08; 6/2-6/15/08; 7/14-7/28/08)(note: shows hours, not pay)

383-392 Argo Transaction Sheet 5/23/08-3/14/09

393 Signed Statement from Nuvia Patey Gonzalez, 3/18/08

Documents Produced April 7, 2009  (all the following were previously produced)

394-426   Argo Management Group Paid Invoice to MHTS 1/3/08 – 12/18/08

Documents Produced April 8, 2009

427 Articles of Incorporations, signed by Valentin Abgaryan, 4/8/07

Document Produced May 6, 2009

428     Ana R. Vargas Quickbook report:  check amounts for 10/11/08; 12/24/08; 11/8/08; 11/21/08.

429     Summary of hours worked by Vargas 9/22/08-11/16/08.

430     Yolanda Mejia QuickReport checks for 2/1/08; 2/15/08; 2/29/08; 3/14/08; 3/28/08; 4/11/08.

431     summary of hours worked by Yolanda Mejio [sic] for periods 1/14 to 4/06 (no years referenced).

Document Produced May 14, 2009

432-433     QuickReport Transactions: Obdulia Martinez; Edelmira Santos; Esmeralda Hernandez; Esmerlin Mejia: Joel Carias; Maria Martinez; Miguel Mendoaz; Mirta Avalos; Runfd DeLeon Leon; Sintia Mendez; Thaddeus Norris; Wildredo Reyes;

434-435     QuickReport Transactions:  Ana Vargas; Esmerlin Mejia; Joel Carias; Maria Martines; Mirta Avalos; Rufina Deleon Leon; Sintia Mendez; Wendi Leticia Mejia.