| Name | ADDRESS | Start date | Finish date |
|---|---|---|---|
| Acosta, Alexander | 207 S. Highland Ave., Baltimore, MD 21224 | 17-Jan-08 | |
| Agiurre, Alfredo | 3409 Esther Pl., Baltimore, MD 21224 | 17-Dec-07 | 05-Jan-08 |
| Aguilar, Elsy | 3503 E. Fayette St., Baltimore, MD 21224 | 03-Dec-07 | 21-Mar-08 |
| Aguilar, Leslie | 1400 Allwood Ln., Apt. 201, Belcamp, MD 21017 | 17-Dec-07 | 13-Sep-08 |
| Agurcia, Ruth | | 21-Apr-08 | 08-May-08 |
| Amador, Alexa | 3416 E. Lombard St., Baltimore, MD 21224 | 23-Feb-08 | 28-Jun-08 |
| Amador, Ana Francisca | 109 N. Clinton St., Baltimore, MD 21224 | 20-Aug-08 | |
| Amador, Juan | 3403 Esther Pl., Baltimore, MD 21224 | 05-Jun-08 | 12-Jul-08 |
| Amaya Pineda, Marvin | 423 Macon St., Baltimore, MD 21224 | 20-Aug-08 | |
| Arrollo, Florentino | | 03-Dec-07 | 05-Feb-08 |
| Bonilla, Fanny | 104 5th 1/2 St., apt. 104, Baltimore, MD 21224 | 24-Jan-08 | 23-Feb-08 |
| Bonilla, Vanessa | 37 S. Highland, Baltimore, MD 21224 | 18-Dec-07 | 08-Jan-08 |
| Bustillo, Wendy Soto | 136 N. Curley St., Baltimore, MD 21224 | 26-Sep-08 | |
| Candelario, Javier | 6916 Ridgeway Rd, Baltimore, MD 21222 | 02-Jan-08 | 23-Jan-08 |
| Candia, Adelina Venancio | 111 S. Register St., Baltimore, MD 21231 | 18-Dec-07 | 03-Jan-08 |
| Candia, Catalina | 2717 E. Fayette St., Baltimore, MD 21224 | 17-Dec-07 | |
| Candia, Isabel | 3410 Baltimore St., Baltimore, MD 21224 | 22-Jan-08 | 06-Feb-08 |
| Candia, Maurilio | 1816 E. Fayette St., Baltimore, MD 21224 | 06-Mar-08 | |
| Carias, Joel | 3632 Esther Pl., Baltimore, MD 21224 | 17-Dec-07 | 24-May-08 |
| Carrillios, Lesly | 134 N. Milton Ave., Baltimore, MD 21224 | 01-Feb-08 | 28-Jun-08 |
| Castro Lobo, Keily | 115 N. Highland Ave., Baltimore, MD 21224 | 11-Apr-08 | 24-May-08 |
| Castro, Erika | 1124 Suantril Way, Baltimore, MD 21205 | 23-Jan-08 | 24-May-08 |
| Castro, Etelina Calix (Maritza Guevara) | 519 N. Lakewood Ave., Baltimore, MD 21224 | 18-Dec-07 | 19-Jan-08 |
| Castro, Glenis | 3427 Mount Pleasant Avee., Baltimore, MD 21224 | 31-Dec-07 | 06-Jan-08 |
| Cruz, Vilma Meraz | 509 N. Streeper St., Baltimore, MD 21205 | 29-Jan-08 | |
| De Jesus Hernandez, Teresa | 470 S. Macon St., Apt. 470, Baltimore, MD 21224 | 11-Apr-08 | 03-Jun-08 |
| De La O Dias, Andres | 3526 E. Baltimore St., Baltimore, MD 21224 | 20-Dec-07 | 19-May-08 |
| De La O Diaz, Angela | 423 S. Macon St., Baltimore, MD 21224 | 18-Dec-07 | |
| De Sid, Maria | 518 S. Chapel St., Baltimore, MD 21231 | 23-Apr-08 | 19-May-08 |
| Deleon Leon, Rufina | 14933 London Ln, Bowie, MD 20715 | 31-Dec-07 | |
| Espantzay, Juan | 118 N. Curley St., Baltimore, MD 21224 | 16-Jan-08 | |
| Galdamez, Wilson | 423 S. Mason St., Baltimore, MD 21224 | 07-Dec-07 | 28-Jun-08 |
| Garcia, Guadalupe | 3506 E. Fayette St., Baltimore, MD 21224 | 02-Sep-08 | |
| Garcia, Jose Consepcion | 3401 Esther Pl., Baltimore, MD 21224 | 08-Sep-08 | |
| Garcia, Naveli | 901 N. Kenwood Ave., Baltimore, MD 21224 | 27-Dec-07 | 08-Jan-08 |
| Gomez Delcid, Jose Jaime | 2510 E. Fayette, Baltimore, MD 21224 | 23-Sep-08 | |
| Gonsalez, Maira Alejandra | 109 N. Potomac St., Baltimore, MD 21224 | 17-Sep-08 | |
| Gonzalez Ponce, Jessika M. | 101 N. Montford Ave., Baltimore, MD 21224 | 12-Aug-07 | |
| Gonzalez, Nuvia | 319 Fagley St., Baltimore, MD 21224 | 19-Dec-07 | |
| Gonzalez, William | 23 North Eastern Ave., Baltimore, MD 21224 | 20-Apr-08 | |

| Name | Address | Date 1 | Date 2 |
|---|---|---|---|
| Gopaul, Shirlena | 6616 Vincent Ln., Apt. 302, Baltimore, MD 21215 | 21-Dec-07 | 14-Mar-08 |
| Guenara, Merlin | 3207 E. Fairmount St., Baltimore MD 21224 | 19-Dec-07 | 19-Jan-08 |
| Guerra, Dudglas | 150 Heaven St., Baltimore, MD 21224 | 17-Dec-07 | 18-Dec-07 |
| Guerra, Israel | 21 S. Highland Ave., Baltimore, MD 21214 | 03-Dec-07 | 18-Feb-08 |
| Guevara, Rosa | 3405 Esther Pl., Baltimore, MD 21224 | 17-Dec-07 | |
| Guzman (Vasquez), Osman | 3610 Robert Pl., Baltimore, MD 21224 | 18-Dec-07 | |
| Guzman, Floridalma | 8035 Bank St., Baltimore, MD 21224 | 18-Apr-08 | 22-Apr-08 |
| Hernandes, Blanca | 205 S.Highland Ave., Baltimore, MD 21224 | 17-Mar-08 | 26-Mar-08 |
| Hernandes, Modesta | 11 S.Conkling St., Baltimore, MD 21224 | 17-Dec-07 | |
| Hernandez (Guenara), Melvin Fransisco | 3421 Noble St., Baltimore MD 21224 | 19-Dec-07 | 19-Jan-08 |
| Hernandez Silverio, Yesenia | 1811 Weyburn rd., Baltimore, MD 21237 | 17-Oct-08 | |
| Hernandez, Conzuelo | 4411 E. Lombard St., Apt. 2, Baltimore, MD 21224 | 17-Dec-07 | |
| Hernandez, Fransisco | | 17-Jan-08 | |
| Hernandez, Maria | 1801 E.Lombard St., Baltimore, MD 21224 | 11-Mar-08 | 14-Mar-08 |
| Hernandez, Raul Eli | 519 St. Shapel St., Baltimore, MD 21224 | 14-Jul-08 | 08-Sep-08 |
| Hernandez, Yaneth | | 23-Sep-08 | 29-Oct-08 |
| Jordan, Marilyn Estefania | 511 N. East Ave., Baltimore, MD 21205 | 19-Sep-08 | |
| Lemus, David Molina | 32 North East Ave., Baltimore, MD 21224 | 18-Dec-07 | 08-May-08 |
| Lopez, Dario | 7956 Lansdale Rd., Baltimore, MD 21224 | 28-Apr-08 | 05-May-08 |
| Lopez, Sonia I. | 3406 Noble St., Baltimore, MD 21224 | 17-Dec-07 | |
| Magdaleno, Franco | 21 S. Highland Ave., Baltimore, MD 21214 | 17-Dec-07 | |
| Marroquin, Ivonne | 27 N. Highland Ave., Baltimore, MD 21224 | 13-Aug-08 | |
| Martinez Rivera, Martha | 104 5th 1/2 St., Apt. 104, Baltimore, MD 21224 | 02-Jan-08 | 20-Mar-08 |
| Martinez, Abdulia | 115 N. Milton Ave., Baltimore, MD 21224 | 10-Dec-07 | 18-Jan-08 |
| Martinez, George Hernandez | 2303 Shoreham St., Apt. A, Belair, MD 21015 | 02-Jan-08 | 24-Jan-08 |
| Martinez, Patricia | 7820 Wenbrook Rd., Baltimore, MD 21224 | 17-Dec-07 | 28-Dec-07 |
| Matute, Alba | 4117 N. Ellwood St., Baltimore, MD 21224 | 14-Apr-08 | 17-Apr-08 |
| Matute, Meison | 101 Mont Ford Ave.,Apt. 1, Baltimore, MD 21224 | 03-Dec-07 | 15-Apr-08 |
| Mayancela, Manuela | 319 Folcroft St., Baltimore, MD 21224 | 20-Aug-08 | 27-Sep-08 |
| Medrano Romero, Wilmer | 3518 Ester Pl., Baltimore, MD 21224 | 11-Jul-08 | |
| Medrano, Walter | 3518 Esther Pl., Baltimore, MD 21224 | 09-May-08 | |
| Mejia Escobar, Wendi Leticia | 2510 E. Fayette St., Baltimore, MD 21224 | 12-Aug-08 | 13-Sep-08 |
| Mejia, Esmerlin | 2510 E. Fayette St., Baltimore, MD 21224 | 13-Sep-08 | |
| Mejia, German-Alexi | 2717 E. Fayette St., Baltimore, MD 21224 | 17-Dec-07 | |
| Mejia, Jose Miguel | 295 Highland Ave., Baltimore, MD 21224 | 17-Sep-08 | 19-Sep-08 |
| Mejia, Kenia | 150 Heaven St., Baltimore, MD 21224 | 03-Dec-07 | 30-May-08 |
| Mejia, Yolanda | 3 N. Ellwood Ave., Baltimore, MD 21224 | 16-Jan-08 | 28-Mar-08 |

| Name | Address | Date 1 | Date 2 |
|---|---|---|---|
| Mendez, Jose Luis | 3235 Baltimore St., Apt. E, Baltimore, MD 21224 | 05-May-08 | 20-May-08 |
| Mendez, Sintia | 505 N. Linwood, Baltimore, MD 21205 | 15-Sep-08 | |
| Mendoza, Miguel | 3409 Ester Pl., Baltimore, MD 21224 | 17-Dec-07 | 18-Mar-08 |
| Meza, Yasser Ivan | 6704 Hudson St., Bltimore, MD 21224 | 19-Jun-08 | |
| Molina, Luis Alfaro | 3320 Noble St., Baltimore, MD 21224 | 21-Dec-07 | 30-Dec-07 |
| Morales, Axel | 142 N. Curley St., Baltimore, MD 21224 | 17-Apr-08 | |
| Morales, Cristobal | 118 N. Curley St., Baltimore, MD 21224 | 18-Dec-07 | 08-Jan-08 |
| Morales, Juan Garcia | 3423 Hudson St., Baltimore, MD 21224 | 17-Dec-07 | |
| Moveta Harry, Jassett | | 04-Feb-08 | 14-Mar-08 |
| Murillo, Mariela | 28 Ellwood, Baltimore, MD 21224 | 30-Jul-08 | |
| Norris, Thaddeus Alvin | 604 N. Bouldin St., Apt. #2, Baltimore, MD 21205 | 31-Dec-07 | 09-May-08 |
| Ochoa, Marta | 1438 Broning Highway, Baltimore, MD 21224 | 29-Jan-08 | |
| Oliva, Yamileth | 305 Fagley St., Baltimore, MD 21224 | 07-Dec-07 | 21-Mar-08 |
| Palaguachi, Maria | 2304 E. Madison St., Baltimore, MD 21205 | 14-Apr-08 | 28-Jun-08 |
| Palaguchi, Eluisa | 7 S.Qresson St., Baltimore, MD 21226 | 18-Dec-07 | 24-Jan-08 |
| Palasios, Lizzeth | 3401 Esther Pl., Baltimore, MD 21224 | 20-Aug-08 | |
| Palasios, Marta | 3518 Esther Pl., Baltimore, MD 21224 | 16-Jan-08 | |
| Panagiota Kelarakos, Nicole | 3525 Gough St., Baltimore, MD 21224 | 11-Apr-08 | 19-Apr-08 |
| Paz, Karla Yessenia | 3632 Ester Pl., Baltimore, MD 21224 | 17-Dec-07 | 15-Apr-08 |
| Perdomo Morales, Alma Delia | 32 N.East Ave., Baltimore, MD 21224 | 14-Jan-08 | |
| Perdomo, Kenia | 101 N. Montford Ave., At. 1, Baltimore, MD 21224 | 07-Dec-07 | 15-Apr-08 |
| Perdomo, Yessenia | 101 N. Montford Ave., Apt. 1, Baltimore, MD 21224 | 17-Mar-08 | 28-Jun-08 |
| Pereira, Dora Yanette | 845 Gusryan St., Apt. 845, Baltimore, MD 21224 | 15-Jan-08 | |
| Perez Diaz, Victoria | 109 N. Potomac St., Baltimore, MD 21224 | 17-Oct-08 | |
| Perez, Alberto Gonzales | 322 Clinton St., Baltimore, MD 21224 | 20-Jun-08 | |
| Perez, Geidi Liliana | 118 N. Curley St., Baltimore, MD 21224 | 10-Jan-08 | 25-Jan-08 |
| Perez, Jose Rogel | 2717 E. Fayette St., Baltimore, MD 21224 | 17-Dec-07 | |
| Perez, Paulina Ozuna | 424 N. Glover St., Baltimore, MD 21224 | 23-Jan-08 | 05-Feb-08 |
| Pineda, Carla | 11 N. Clinton St., Baltimore, MD 21224 | 21-Feb-08 | 23-Feb-08 |
| Reyes, Gladys | 605 N.Elwood St., Baltimore, MD 21205 | 08-Feb-08 | 09-Feb-08 |
| Reyes, Maria | 3409 Esther Pl., Baltimore, MD 21224 | 07-Dec-07 | 05-Feb-08 |
| Reyes, Selvin | | 14-Aug-08 | 20-Aug-08 |
| Reyes, Wilfredo Nunez | 3409 Esther Pl., Baltimore, MD 21224 | 03-Dec-07 | 25-Mar-08 |
| Reyna, Maria C. | 424 N. Kenwood Ave., Baltimore, MD 21224 | 17-Jan-08 | |
| Rivas, Ena A | 6110 Cardiff Ave., Baltimore, MD 21224 | 08-Aug-08 | |
| Rivera, Sara | 1806 Bank St., Baltimore, MD 21231 | 17-Dec-07 | |
| Rodrigues, Jose Pio | 423 S. Macon St., Baltimore, MD 21224 | 17-Dec-07 | |
| Rodriguez Carias, Levy Joel | 28 N. Clinton, Baltimore, MD 21224 | 28-Aug-08 | |

| Name | Address | Date 1 | Date 2 |
|---|---|---|---|
| Rodriguez, William Ernesto | 1103 Dundalk Ave., Baltimore, MD 21222 | 02-Jan-08 | 23-Jan-08 |
| Rojas, Alejandro | 205 S. Highland Ave., Baltimore, MD 21224 | 17-Jan-08 | |
| Rojas, Juan Arriola | 4601 Marriele Dr., Baltimore MD 21237 | 24-Dec-07 | 17-Jan-08 |
| Romero, Edgar | 125 E. Highland Rd., Baltimore, MD 21224 | 17-Dec-07 | 22-Dec-07 |
| Sagastume, Rufina | 3409 Esther Pl., Baltimore, MD 21224 | 17-Dec-07 | |
| Salgado, Betty | 3705 Mount Pleasant Ave., Baltimore, MD 21224 | 17-Jan-08 | |
| Sanchez, Marco Antonio | 2325 E. Madison St., Baltimore, MD 21205 | 29-Jan-08 | |
| Santos, Edelmira | 146 N. Streeper St., Baltimore, MD 21224 | 17-Dec-07 | 27-Jan-08 |
| Sosa Bonilla, Henry | 519 N. Lakewood Ave., Baltimore, MD 21224 | 17-Dec-07 | 12-Jan-08 |
| Sosa, Ada M. | 3108 E.Baltimore St., Baltimore, MD 21224 | 17-Dec-07 | 12-Jan-08 |
| Sterling, Jacqueline Elaine | 6616 Vincent Ln., Apt. 302, Baltimore, MD 21215 | 21-Dec-07 | 21-Mar-08 |
| Suazo, Sandra | 519 N. Kenwood Ave., Baltimore, MD 21224 | 18-Dec-07 | 19-Jan-08 |
| Suyapa Galvez, Telma | 510 Durhan St., Baltimore, MD 21231 | 17-Oct-08 | |
| Tabora, Eulalia (Esmeralda Hernandez) | 3632 Esther Pl., Baltimore, MD 21224 | 07-Dec-07 | 23-May-08 |
| Tavis, Jorge | 4 N. Curley St., Baltimore, MD 21224 | 17-Dec-07 | 22-Dec-07 |
| Terrones Castro, Soledad | 118 N. Curley St., Baltimore, MD 21224 | 10-Jan-08 | 26-Jan-08 |
| Urquia, Leonel | 519 N. Lakewood Ave., Baltimore, MD 21224 | 17-Dec-07 | |
| Varga, Maria Antonia | 115 N. East Ave., Baltimore, MD 21224 | 30-Jul-08 | |
| Vargas, Ana | 3508 East Baltimore St., Baltimore, MD 21224 | 25-Sep-08 | |
| Vasqeuz, Angelina | 111 Register St., Baltimore, MD 21231 | 19-Dec-07 | 07-Jan-08 |
| Vasquez Cerdio, Yoselin | 3403 Esther Pl., Baltimore, MD 21224 | 18-Dec-07 | |
| Vasquez, Jose Saltacion | 3526 E.Baltimore St., Baltimore, MD 21224 | 29-Jan-08 | |
| Velasquez Galdamez, Pedro | 432 Macon St., Baltimore, MD 21224 | 08-Apr-08 | 24-May-08 |
| Velasquez, Carlos Enrique | 3409 Esther Pl., Baltimore, MD 21224 | 19-Aug-08 | |
| Vidal, Delmi | 605 Rappola St., Apt. 605, Baltimore, MD 21224 | 23-Apr-08 | 20-May-08 |
| Zaldivar, Dennis | 35 N. Ellwood Ave., Baltimore, MD 21224 | 18-Dec-07 | |