IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLENDA MANCIA, et al. :
:
    Plaintiffs, :
:
v. : Case No. CCB 08 CV 0273
:
ARGO ENTERPRISES, INC, et. al. :
:
    Defendants. :

## DEFENDANT ARGO ENTERPRISES, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ARGO ENTERPRISES, INC., ARGO MANAGEMENT GROUP AND VALENTIN ABGARYAN TO PRODUCE DOCUMENTS

Defendants Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan, by and through its counsel, Neil S. Hyman, and Selzer, Gurvich, Rabin and Obecny, Chtd, and Andrew T. Nichols and Rollins, Smalkin, Richards & Mackie, L.L.C., files its Opposition to Plaintiffs' Motion to Compel Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan to Produce Documents ("Motion to Compel"), and in support thereof states:

1. Plaintiffs' Motion to Compel alleges that Defendants have not produced documents as requested and/or have done so in a "piecemeal" manner.

2. Defendants have, and continue to produce documents as they are able to locate them. Defendants, have simply complied with the requirements of the Federal Rules of Civil Procedure and provided supplemental and additional documents as they have been located, discovered and/or created. If Defendants did not make these supplementations, or chose to wait until all of the documents were available before responding to Plaintiffs' discovery requests, Plaintiffs would no doubt be alleging they had been prejudiced. Plaintiffs cannot have it both ways.

3. Defendants, as recently as last week, provided wage and hour reports for the numerous Plaintiffs, covering nearly twelve months during the period in which Plaintiffs allege they were not paid all wages owed to them.

4. Furthermore, Plaintiff's Motion to Compel is vague and ambiguous and fails to state with any specificity what relief they are seeking.

WHEREFORE, Defendants Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan respectfully requests that this Honorable Court:

A. Deny Plaintiffs' Motion to Compel Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan to Produce Documents;

B. Grant such further relief as this Court deems necessary under the facts and circumstances of this case.

Respectfully submitted,

ARGO ENTERPRISES, INC.
ARGO MANAGEMENT GROUP
VALENTIN ABGARYAN
DEFENDANTS
BY COUNSEL

Selzer, Gurvich, Rabin and Obecny, Chtd
4416 East West Highway
Fourth Floor
Bethesda, Maryland 20814
P: 301.986.9600
F: 301.986.1301


_____/s/_____
Neil S. Hyman
Fed Bar No.: 15158
Counsel for Defendants Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan

Rollins, Smalkin, Richards & Mackie, L.L.C.
401 N. Charles Street
Baltimore, Maryland 21201
P: 410.727.2443
F: 410.727.8390


_____/s/_____
Andrew T. Nichols,
Fed Bar No. 16655
Counsel for Defendants Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of June 2009, a copy of Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan's Opposition to Plaintiffs' Motion to Compel Argo Enterprises, Inc., Argo Management Group and Valentin Abgaryan to Produce Documents was sent by electronic mail to:

C. Christopher Brown, Esquire
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Attorney for Plaintiffs

Daniel A. Katz, Esquire
Andalman & Flynn, P.C.
8601 Georgia Avenue, Suite 604
Silver Spring, Maryland 20910
Attorney for Plaintiffs

Eric Pelletier, Esquire
Scott Kamins, Esquire
Offit Kurmin
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, Maryland 20759

_____/s/_____
Andrew T. Nichols

S:\Andy Nichols\Personal cases\Argo Enterprises, Inc\Pleadings\Defendant Argo's Opposition to Plaintiffs' Motion to Compel Defendants Argo Enterprises.doc